

# RECONSIDERATION OF PRIOR DECISIONS

**2012–1670. State ex rel. Wyrick v. Indus. Comm.**
Franklin App. No. 11AP–653, 2012-Ohio-4127. Reported in ___ Ohio St.3d ___, 2014-Ohio-541, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2012–1688. In re H.V.**
Lorain App. Nos. 11CA010139 and 11CA010140, 2012-Ohio-3742. Reported in ___ Ohio St.3d ___, 2014-Ohio-812, 7 N.E.3d 1173. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and PFEIFER, J., dissent.

FRENCH, J., dissents and would grant reconsideration on Proposition of Law No. I.

**2012–1704. State ex rel. DiFranco v. S. Euclid.**
Cuyahoga App. No. 97713, 2012-Ohio-4399. Reported in ___ Ohio St.3d ___, 2014-Ohio-538, 7 N.E.3d 1136. On motion for reconsideration and motion for oral argument. Motions denied.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2012–1893. State ex rel. DiFranco v. S. Euclid.**
Cuyahoga App. No. 97823, 2012-Ohio-5158. Reported in ___ Ohio St.3d ___, 2014-Ohio-539, 7 N.E.3d 1146. On motion for reconsideration and motion for oral argument. Motions denied.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2013–0696. Smith v. Buchanan.**
Noble App. No. 13–NO–399, 2013-Ohio-1746. Reported in ___ Ohio St.3d ___, 2014-Ohio-459, 7 N.E.3d 1134. On amended claim for reconsideration. Amended claim denied.

**2013–1860. U.S. Bank Natl. Assn. v. LaPierre.**
Franklin App. No. 13AP–339. Reported in 138 Ohio St.3d 1434, 2014-Ohio-889, 4 N.E.3d 1051. On motion for reconsideration. Motion granted and cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta,* 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; and briefing schedule stayed.

PFEIFER, LANZINGER, and KENNEDY, JJ., dissent.

**2013–1893. State ex rel. Griffin v. Sheldon.**
In Habeas Corpus. Reported in 138 Ohio St.3d 1422, 2014-Ohio-637, 3 N.E.3d 1221. On motion for reconsideration. Motion denied.

**2013–1975. State v. Liuzzo.**
Cuyahoga App. No. 99545, 2013-Ohio-5028. Reported in 138 Ohio St.3d 1436, 2014-Ohio-889, 4 N.E.3d 1052. On motion for reconsideration. *Motion denied.*